IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DESHAUN STATEN,

    Plaintiff,

  v.

                                        Case No.  20-cv-219-wmc

STACEY L. HOEM AND
SCOTT RUBIN-ASCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |